DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMERGENCY EDUCATION INSTITUTE,**
Appellant,

v.

**FLORIDA BOARD OF NURSING,**
Appellee.

No. 4D19-512

[February 6, 2020]

Appeal from the State of Florida, Division of Administrative Hearings; L.T. Case No. 19-0442RU.

Shavon L. Jones, Miami, for appellant.

Ashley Moody, Attorney General, and Marlene K. Stern, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***